**Order entered February 18, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01083-CV

### IN THE INTEREST OF D.N.P. AND A.E.P., CHILDREN

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-50742-2012**

## ORDER

Before the Court is appellant's motion to extend time to file his brief.  We **GRANT** the

motion and **ORDER** the brief received February 13, 2020 filed as of the date of this order.


/s/     ERIN A. NOWELL
JUSTICE